# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In Re:                                )
                                      )
   EMILY DENISE NORMAN,       )   Case No.   13-13060
                                      )   Chapter    13
              Debtor        )

## NOTICE OF HEARING WITH OBJECTION DEADLINE

YOU ARE HEREBY NOTIFIED that if no objection to the Objection to Claim of Multiple Creditors is filed in writing with the Clerk of the United States Bankruptcy Court within twenty-eight (28) days of the date of this Notice, on or before February 13, 2015, said Motion will be confirmed by entry of an order.

If a written objection is timely filed with the Clerk of the United States Bankruptcy Court, 401 North Market, Room 150, Wichita, Kansas 67202, a hearing will be scheduled for Wednesday, March 11, 2015, at 10:30 a.m.

                    Respectfully Submitted:
                    RICK HODGE, ATTORNEY AT LAW, L.C.
                    Attorney for Debtor

                       s/ *Rick E. Hodge, Jr.*
                    Rick E. Hodge, Jr., #23740
                    700 N. Market
                    Wichita, KS 67214
                    T: (316) 448-1028
                    F: (316) 448-0303
                    rick@rickhodge.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In Re: )
)
    EMILY DENISE NORMAN, ) Case No. 13-13060
) Chapter 13
                         Debtor )

## DEBTOR'S OBJECTION TO CLAIM OF MULTIPLE CREDITORS OF MICHAEL LYNN NORMAN

COMES NOW, the Debtor, by and through Rick Hodge, Attorney At Law, L.C., her attorney of record, and file this Objection to Claims of Multiple Creditors of Michael Lynn Norman. In support of her Objection, the Debtor would show the Court as follows:

1) Debtor's Chapter 13 case was filed on November 27, 2013, and the Chapter 13 Plan was confirmed on March 12, 2014.

2) The case was originally filed as a joint case with Michael Lynn Norman. On January 7, 2015, the case was deconsolidated. Michael Lynn Norman's case is 15-10012.

3) Several of the claims listed on the case for Emily Denise Norman belong solely to Michael Lynn Norman, namely:

    a. Claim 6, Snap On Tools;

    b. Claim 7 Altair OH XIII;

    c. Claim 8 Palisades Collection;

    d. Claim 13 Kansas Department of Labor.

WHEREFORE, the Debtor prays this Court enter an Order disallowing Multiple Creditors's proof of claim and for such other relief as is deemed just and proper.

Respectfully Submitted:

RICK HODGE, ATTORNEY AT LAW, L.C.
Attorney for Debtor

   s/ *Rick E. Hodge, Jr.*
Rick E. Hodge, Jr., #23740
700 N. Market
Wichita, KS 67214
T: (316) 448-1028
F: (316) 448-0303
rick@rickhodge.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2015, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. Further, I certify that copies of the same were forwarded via U.S. Mail, first class and postage prepaid, to the following:

| | |
|---|---|
| Snap-on Credit LLC<br>950 Technology Way Suite 301<br>Libertyville, IL 60048 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON, AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121 |
| Palisades Collection, LLC<br>Vativ Recovery Solutions LLC, dba SMC<br>As Agent For Palisades Collection, LLC<br>PO Box 40728<br>Houston, TX 77240-0728 | Kansas Department of Labor<br>Attn: Asset Recovery<br>401 SW Topeka Blvd<br>Topeka KS 66603-3182 |

By:    *s/ January M. Bailey*
        January M. Bailey